**Brennan, Sally**

**From:** Highfield, Duke
**Sent:** Thursday, August 28, 2025 5:43 PM
**To:** Virginia Williams; Ruddy, Laura; David Williams
**Cc:** Brennan, Sally
**Subject:** RE: Willie Shuler v. Martino B. Hill and Werner Enterprises, Inc. (25-0961)

Ginny – understood, and thank you for letting us know.

I don't know the extent of the alleged damages, though if you want to discuss case status and early settlement potential, let's chat.

I hope everyone enjoys a happy Labor Day weekend.

Duke

---

**From:** Virginia Williams <ginny@williamsattys.com>
**Sent:** Thursday, August 28, 2025 4:04 PM
**To:** Ruddy, Laura <lruddy@ycrlaw.com>; David Williams <david@williamsattys.com>
**Cc:** Highfield, Duke <dhighfield@ycrlaw.com>; Brennan, Sally <sbrennan@ycrlaw.com>
**Subject:** RE: Willie Shuler v. Martino B. Hill and Werner Enterprises, Inc. (25-0961)

Thank you for your email. We cannot stipulate to $75k cap.

Regards,
Ginny Williams

---

**From:** Ruddy, Laura <lruddy@ycrlaw.com>
**Sent:** Thursday, August 28, 2025 11:26 AM
**To:** Virginia Williams <ginny@williamsattys.com>; David Williams <david@williamsattys.com>
**Cc:** Highfield, Duke <dhighfield@ycrlaw.com>; Brennan, Sally <sbrennan@ycrlaw.com>
**Subject:** Willie Shuler v. Martino B. Hill and Werner Enterprises, Inc. (25-0961)

Good morning,
Please see the attached correspondence and enclosure sent in connection to the above-referenced matter.

Kind regards,

**Laura S. Ruddy**
Legal Secretary
**Clement Rivers, LLP**
Mailing Address: P.O. Box 993, Charleston, SC 29402-0993
Direct Dial: 843.720.5459 l Fax: 843.579.1340 l lruddy@ycrlaw.com

CLEMENT RIVERS, LLP
25 Calhoun Street • Suite 400 • Charleston, SC 29401
ycrlaw.com

Clement Rivers, LLP
http://www.ycrlaw.com
Charleston: (843) 577-4000

Attachments larger than 75MB may be rejected by the firm's server. If you are sending an attachment of this size or larger, please contact the intended recipient to inform him/her of your transmission.

"ATTORNEY-CLIENT PRIVILEGED; DO NOT FORWARD WITHOUT PERMISSION." The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by email to email@ycrlaw.com or by replying to this message and destroy all copies of this message and all attachments.